PETER H. ERTEL *v.* ARTHUR J. ROCQUE, JR., COMMISSIONER OF ENVIRONMENTAL PROTECTION, ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 108 Conn. App. 48 (AC 27488), is denied.

ROGERS, C. J., did not participate in the consideration of or decision on this petition.

*Charles D. Ray* and *Matthew A. Weiner*, in support of the petition.

*Robert J. Deichert*, assistant attorney general, in opposition.

Decided September 25, 2008